# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

129568

GREGORY D. WILLIAMS,
        Plaintiff-Appellee,

v

MACKIE AUTOMOTIVE SYSTEMS
(DETROIT), TDS LOGISTICS, INC., and
TDS AUTOMOTIVE U.S., INC.,
        Defendants-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129568
COA: 252972
Genesee CC: 02-074134-NZ

_____/

      On order of the Court, the application for leave to appeal the August 16, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

s0123

_____
Clerk